IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAU DUY NGUYEN,

    Plaintiff,                    No. CIV S-08-1345 DAD P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.          ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

       Plaintiff's in forma pauperis application does not include a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action or a prison official's certification.  See 28 U.S.C. § 1915(a)(2).  Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

       Accordingly, IT IS HEREBY ORDERED that:

       1.  Plaintiff's June 13, 2008 application to proceed in forma pauperis is denied without prejudice;

1

1    2. Plaintiff shall submit, within thirty days from the date of this order a properly
2 completed in forma pauperis application that includes a certified copy of plaintiff's prison trust
3 account statement for the six-month period immediately preceding the filing of the complaint in
4 this action and a prison official's certification; plaintiff is cautioned that failure to comply with
5 this order or seek an extension of time to do so will result in a recommendation that this action be
6 dismissed without prejudice; and
7    3. The Clerk of the Court is directed to send plaintiff an Application to Proceed
8 In Forma Pauperis By a Prisoner for use in a civil rights action.
9 DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
nguy1345.3e